M/P

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Garcia GONZALEZ-Samuel,** Defendant | Magistrate Docket No. '07 MJ 3010 |
| | COMPLAINT FOR VIOLATION OF: Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **December 27, 2007,** within the Southern District of California, defendant, **Garcia GONZALEZ-Samuel,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 31st DAY OF **December 2007.**

Cathy A. Bencivengo
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Garcia GONZALEZ-Samuel**

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On December 28, 2007, Senior Patrol Agent Guerrero was assigned line-watch duties in the El Cajon Border Patrol Station's area of operation near Campo, California. At approximately 1:50 A.M., Agent Guerrero responded to a call via Department of Homeland Security radio from Senior Border Patrol Agent McCoy who had observed a group of four individuals entering into the United States illegally through a hole in the U.S.-Mexico border fence. The area in which these individuals were observed making their way north from the border fence is known as "Zuellner's". This area is approximately .5 miles north and approximately 7 miles east of the Tecate, California Port of Entry. This area is notorious for the presence of illegal aliens attempting to further their entry into the United States after having recently crossed the border on foot.

Agent Guerrero, with the assistance of Agent McCoy, located and confronted the four subjects who were attempting to conceal themselves in the thick brush. Due to the subjects' suspicious behavior and close proximity to the border, Agent Guerrero identified himself as a United States Border Patrol Agent and questioned all individuals as to their citizenship and nationality. All four male subjects, including one later identified as the defendant GONZALEZ-Samuel, Garcia, individually stated that they were citizens and nationals of Mexico, not in possession of proper immigration documents that would allow them to enter or remain in the United States legally. Agent Guerrero then arrested all four individuals and they were consequently transported to the Tecate, California Processing Center.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **January 22, 2004** through **San Ysidro, CA.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights and was willing to answer questions without the presence of an attorney. The defendant admits to being a citizen and national of Mexico entering illegally after deportation.

**Executed on December 29, 2007at 9:30 A.M.**

[signature]
Raul Castorena
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of **1** page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **December 28, 2007,** in violation of Title **8**, United States Code, Section **1326**.

[signature]
Cathy A. Bencivengo
United States Magistrate Judge

12/29/07 @ 11:10 a.m.
Date/Time