AO 455(Rev. 5/85) Waiver of Indictment

FILED

JAN 2 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

## *UNITED STATES DISTRICT COURT*

## *SOUTHERN DISTRICT OF CALIFORNIA*

UNITED STATES OF AMERICA

v.

GARCIA GONZALEZ-SAMUEL

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR0217-W

I, GARCIA GONZALEZ-SAMUEL, the above named defendant, who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 1/24/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

SAMUEL G G
Defendant

Counsel for Defendant

Before
JUDICIAL OFFICER